UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

**DEFENDANT HHS' NOTICE OF COMPLIANCE WITH THE COURT'S
TEMPORARY RESTRAINING ORDER**

The U.S. Department of Health and Human Services ("HHS"), Secretary Robert F. Kennedy, Jr., the Administration for Children and Families ("ACF"), and all other HHS-affiliated defendants respectfully submit this Notice of Compliance regarding the Court's Temporary Restraining Order ("TRO") entered on July 28, 2025. Among other things, the Court's Order directed that HHS and HHS-affiliated defendants provide notice of the TRO's terms as follows:

> By the end of the second day after issuance of this Order, . . . HHS's counsel shall provide written notice of this Order to ACF and its employees.

> By the end of the second day after issuance of this Order, the [HHS] Defendants shall file on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent.

ECF No. 23, at ¶¶6-7.

Consistent with the Court's Order, on July 28, 2025, counsel for Defendants provided written notice of the Order to counsel for HHS and confirmed that HHS counsel should disseminate the Order to the affected ACF employees and contractors in accordance with the terms of the Order.

On July 29, 2025, HHS Acting General Counsel sent a note to HHS' Executive Secretary to be sent to all ACF leadership, the ACF Grants Office, and the ACF Office of Family Planning Violence Prevention and Services, providing notice of and attaching a copy of the Court's Order. A copy of that note is attached hereto as Exhibit A.

Dated: July 30, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and all other HHS-affiliated defendants,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**Certification of Service**

      On this 30th day of July, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

      /s/ Lauren S. Zurier
      LAUREN S. ZURIER
      Assistant United States Attorney