

**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Office of the Secretary

The General Counsel
Washington, D.C. 20201

July 29, 2025

NOTE TO: THE ACTING CHIEF OF STAFF
MATT BUCKHAM

SUBJECT: Temporary Restraining Order in *RICADV v. Kennedy*, 25-cv-00342 (D.R.I.)

---

A group of nonprofit organizations have challenged language in the HHS Grants Policy Statement requiring recipients to certify to certain terms for new awards. *Rhode Island Coalition Against Domestic Violence, et al. v. Kennedy, et al.*, 1:25-cv-00342 (D.R.I.).

On Monday, July 28, the District Court in this case granted a Temporary Restraining Order (TRO) that prohibits defendants, including the Department of Health and Human Services (HHS), Secretary Robert F. Kennedy, Jr., the Administration for Children and Families (ACF), and Acting Assistant Secretary of ACF Andrew Gradison, and any person in active concert or participation with these parties, from requiring the plaintiffs below to agree to the following condition or any substantially similar condition as a requirement for receiving funding under a Family Violence Prevention Services Act State Domestic Violence Coalition Grant (FVPSA Coalition Grant); and otherwise enforcing this or any substantially similar condition against those organizations with respect to a FVPSA Coalition Grant.

- The requirement that recipients must "certify[]" that "[t]hey do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws."

Plaintiffs for whom this TRO is in effect are:

- Idaho Coalition Against Domestic Violence;
- Jane Doe Inc.;
- Massachusetts Coalition Against Sexual Assault and Domestic Violence; and
- Oregon Coalition Against Domestic and Sexual Violence.

HHS and ACF are instructed to treat any actions taken to implement or enforce the above conditions in the Grants Policy Statement and the conditions included in any agreement pertaining to the plaintiffs above as null and void.

This TRO remains in effect until 5:00 pm EST August 11, 2025. If you have any questions, please contact Lena Yueh (Lena.Yueh@hhs.gov).

Sean R. Keveney
Acting General Counsel

**Exhibit A**