UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

**DEFENDANTS' RESPONSE IN OBJECTION TO PLAINTIFFS' MOTION TO AMEND THE COURT'S TEMPORARY RESTRAINING ORDER**

Plaintiffs have moved to extend the length of the Court's Temporary Restraining Order (TRO) entered July 28, 2025 (ECF No. 23), until further order of the Court. Plaintiffs also seek to expand the scope of the TRO's coverage to include plaintiff Community Care Alliance. (ECF No. 28, at 1.)

The defendants hereby object to both of the modifications to the TRO that the plaintiffs have requested. In support of their objection, defendants rely on the reasons that defense counsel set forth on the record during the July 24, 2025 hearing on plaintiffs' TRO motion, and incorporate those arguments herein by reference.

| | |
|---|---|
| Dated: August 4, 2025 | Respectfully submitted,<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and all other HHS-affiliated defendants; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development,<br><br>By their Attorneys,<br><br>SARA MIRON BLOOM<br>Acting United States Attorney<br><br>/s/ Lauren S. Zurier<br>LAUREN S. ZURIER<br>Assistant United States Attorney<br>One Financial Plaza, 17th Floor<br>Providence, RI 02903<br>(401) 709-5000<br>Lauren.Zurier@usdoj.gov |

**Certification of Service**

On this 4th day of August, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney