**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.,*<br><br>*Defendants.* | Case No. 1:25-cv-00342 |

**INDEX OF EXHIBITS IN SUPPORT OF**

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| EX. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Declaration of Brielyn Akins, Executive Director at the Colorado Coalition Against Sexual Assault |
| 2 | Declaration of Julio E. Berroa, Executive Director at Haus of Codec |
| 3 | Declaration of Krista Colón, Executive Director at the California Partnership to End Domestic Violence |
| 4 | Declaration of Dawn Dalton, Executive Director at the District of Columbia Coalition Against Domestic Violence |
| 5 | Declaration of Amanda Dotson, Executive Director of the Wisconsin Coalition Against Sexual Assault, Inc. |
| 6 | Declaration of Kirsten Faisal, Director of Training and Technical Assistance at the Iowa Coalition Against Domestic Violence |
| 7 | Declaration of Carianne Fisher, Executive Director at the North Carolina Coalition Against Domestic Violence |
| 8 | Declaration of Lisa Guillette, Executive Director at Foster Forward |
| 9 | Declaration of Susan Higginbotham, Chief Executive Director at the Pennsylvania Coalition Against Domestic Violence |
| 10 | Declaration of Laura Jaworski, Executive Director at House of Hope Community Development Corporation |
| 11 | Declaration of Katie Kramer, Co-Executive Director, Violence Free Minnesota |
| 12 | Declaration of David Lee, Deputy Director at ValorUS |

1

| | |
|---|---|
| 13 | Declaration of Benedict F. Lessing, Jr., CEO at Community Care Alliance |
| 14 | Declaration of Michelle McCormick, Executive Director at the Kansas Coalition Against Sexual and Domestic Violence |
| 15 | Declaration of Monique Minkens, Executive Director of End Domestic Abuse Wisconsin: the Wisconsin Coalition Against Domestic Violence |
| 16 | Declaration of Keri Moran-Kuhn, Executive Director at Oregon Coalition Against Domestic and Sexual Violence |
| 17 | Declaration of Lucy Rios, Executive Director at the Rhode Island Coalition Against Domestic Violence |
| 18 | Declaration of Hema Sarang-Sieminski, Executive Director at Jane Doe Inc., The Massachusetts Coalition Against Sexual Assault and Domestic Violence |
| 19 | Declaration of Tai Simpson-Bruce, Collective Stewardship, Co-Director at Idaho Coalition Against Sexual and Domestic Violence |
| 20 | Declaration of Kim Simmons, Executive Director at the Rhode Island Coalition to End Homelessness |
| 21 | Declaration of Jonathan Yglesias, Director of Mission Advancement at Virginia Sexual and Domestic Violence Action Alliance |
| 22 | Declaration of Kelsen Young, Executive Director at the Montana Coalition Against Domestic and Sexual Violence |