UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND COALITION AGAINST
DOMESTIC VIOLENCE, *et al.*

        *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of the United States
Department of Health and Human Services, *et al.*

        *Defendants*.

Case No. 1:25-cv-00342

**DEFENDANTS' SECOND RESPONSE IN OBJECTION TO PLAINTIFFS' MOTION TO AMEND THE COURT'S TEMPORARY RESTRAINING ORDER**

    Plaintiffs have moved a second time to extend the length of the Court's Temporary Restraining Order (TRO) entered July 28, 2025 (ECF No. 23), until further order of the Court. Plaintiffs also seek to expand the scope of the TRO's coverage to include additional plaintiffs (as listed in the motion. (ECF No. 31.)

    The defendants hereby object to both of the modifications to the TRO that the plaintiffs have requested. In support of their objection, defendants rely on the reasons that defense counsel set forth on the record during the July 24, 2025 hearing on plaintiffs' TRO motion, and incorporate those arguments herein by reference.

    The HHS-related defendants further note that they are in the process of negotiating a stipulation with plaintiffs that will obviate the need for many of the notifications that would be required by either of plaintiffs' proposed orders (ECF Nos. 31-1 and 31-2) as far as HHS is concerned. Because the plaintiffs' second motion to amend seeks only to enjoin conditions

imposed by HUD, the HHS defendants respectfully request that the scope of any order entered by the Court in connection with Plaintiffs' second motion be limited to the CoC and CDBG conditions imposed by HUD.

Dated: August 4, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and all other HHS-affiliated defendants; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**Certification of Service**

On this 7th day of August, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney