UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

**Department of Health and Human Services and HHS-Affiliated Defendants'
Second Supplemental Declaration in Support of Their Opposition
to the Plaintiffs' Motion for Preliminary Relief**

On September 11, 2025, this Court granted the parties permission to present additional evidence concerning the Title IX Certification in the Standard Terms and Conditions of the Substance Abuse and Mental Health Services Administration ("SAMHSA"). In that regard, the defendants affiliated with the Department of Health and Human Services ("HHS"), collectively referred to below as the HHS Defendants,[1] submit the declaration of Odessa Crocker, attached hereto as Exhibit A. As with the ACF, HRSA, and HHS GPS Title IX Certifications, the HHS Defendants contend that the SAMHSA Title IX Certification is valid and enforceable. *See* ECF Nos. 43, 54, and the HHS Defendants' oral argument of September 4, 2025.

---

[1] In addition to HHS, these defendants include Robert F. Kennedy Jr., in his official capacity as Secretary of HHS, Defendant the Administration for Children and Families ("ACF"), Defendant Centers for Disease Control and Prevention, Defendant Health Resources and Services Administration ("HRSA"), and Andrew Gradison, Susan Monarez, and Thomas Engels.

Dated: September 11, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**Certification of Service**

On this 11th day of September, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney