UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

**THE HUD DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S AMENDED MEMORANDUM AND ORDER (ECF No. 77)**

The U.S. Department of Housing and Urban Development ("HUD") and HUD Secretary Scott Turner (collectively, "the HUD Defendants"), respectfully submit this Notice of Compliance regarding the Court's Amended Memorandum & Order ("Amended M&O"), which was entered on October 23, 2025, as ECF No. 77. The Amended M&O directed that the HUD Defendants provide notice of its terms as follows:

> By the end of the fourth business day after issuance of this Order, HUD's counsel shall provide written notice of this Order to all of its employees[.]
>
> By the end of the fourth business day after issuance of this Order, the [HUD] Defendants . . . shall file on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent.

ECF No. 77, at ¶¶7-8.

Consistent with the Court's Amended M&O, on October 23, 2025, government counsel provided written notice of the Amended M&O to HUD's agency counsel and confirmed that the

agency should disseminate the Amended M&O to all HUD employees in accordance with the Amended M&O's terms.

On October 27, 2025, at the direction of HUD's Office of General Counsel, HUD's Office of Public Affairs sent copies of the Amended M&O along with a written "Notice of Stay and Preliminary Injunction" concerning the Court's Amended M&O to all HUD agency employee and contractors, via email.  A copy of the transmittal email and Notice of Stay and Preliminary Injunction are attached together here as Exhibit A.

Dated: October 27, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT;
SCOTT TURNER, in his official
capacity as Secretary of Housing and
Urban Development,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**Certification of Service**

      On this 27th day of October 2025, I caused the within document and attached exhibit to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

                                       /s/ Lauren S. Zurier
                                       LAUREN S. ZURIER
                                       Assistant United States Attorney