UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

**THE HHS DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S AMENDED MEMORANDUM AND ORDER (ECF No. 77)**

The U.S. Department of Health and Human Services ("HHS"), HHS Secretary Robert F. Kennedy, Jr., and the other named HHS employees and operating divisions (collectively, "the HHS Defendants"), respectfully submit this Notice of Compliance regarding the Court's Amended Memorandum & Order ("Amended M&O"), which was entered on October 23, 2025, as ECF No. 77. The Amended M&O directed that the HHS Defendants provide notice of its terms as follows:

> By the end of the fourth business day after issuance of this Order, . . . HHS's counsel shall provide written notice of this Order to all of its employees[.]
>
> By the end of the fourth business day after issuance of this Order, the [HHS] Defendants . . . shall file on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent.

ECF No. 77, at ¶¶7-8.

Consistent with the Court's Amended M&O, on October 23, 2025, government counsel provided written notice of the Amended M&O to HHS's agency counsel and confirmed that the

agency should disseminate the Amended M&O to all HHS employees in accordance with the Amended M&O's terms.

On October 29, 2025, at the direction of HHS's Office of General Counsel ("OGC"), HHS's Office of Public Affairs emailed to all HHS agency employees copies of the Amended M&O along with an explanatory transmittal email referencing the Amended M&O's "prohibit[ion] [on] the imposition of grant conditions related to Tile IX of the Education Amendments of 1972 in certain grant awards." A copy of the transmittal email, which lists the Amended M&O as an attachment, is attached here as Exhibit A. (The individual email addresses of OGC counsel and government counsel have been redacted.)

Dated: October 29, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; ROBERT F. KENNEDY, Jr., in his official capacity as Secretary of Health & Human Services, and the other associated HHS Defendants,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**Certification of Service**

      On this 29th day of October 2025, I caused the within document and attached exhibit to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

                                        /s/ Lauren S. Zurier
                                        LAUREN S. ZURIER
                                        Assistant United States Attorney