# Exhibit A

# HHS Documentation of Compliance with Court's Amended Memorandum & Order (ECF No. 77)

| | |
|---|---|
| **From:** | For OS announcements to all of HHS <HHS-NEWS-ALL@LIST.NIH.GOV> on behalf of HHS News Do Not Reply (OS/ASPA) <DoNotReply.HHS.News@HHS.GOV> |
| **Sent:** | Wednesday, October 29, 2025 11:21 AM |
| **To:** | HHS-NEWS-ALL@LIST.NIH.GOV |
| **Subject:** | Notice - Preliminary Injunction in Rhode Island Coalition Against Domestic Violence v. Kennedy |
| **Attachments:** | RICADV Memorandum and PI Order_508c.pdf |

HHS Employees: Please review the attached preliminary injunction in *Rhode Island Coalition Against Domestic Violence v. Kennedy*. This preliminary injunction prohibits the imposition of grant conditions related to Title IX of the Education Amendments of 1972 in certain grant awards.

If you have questions, please reach out to Lena Yueh in the Office of the General Counsel, ▮▮▮▮▮▮▮▮▮▮, or to an OGC attorney for your Division or Office. Thank you.

\*\*This email is sent from an unmonitored account. Please do not reply directly to this message.\*\*
You are receiving this communication because you have an email account supported by the Department of Health and Human Services (HHS). HHS News cannot remove individual recipients from this distribution list. For inquiries or comments regarding the content of this email, please contact the sponsoring organization as specified in the message above. To request addition to the HHS News distribution list, please email listmaster@list.nih.gov.