UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

**THE HHS DEFENDANTS' SUPPLEMENTAL NOTICE OF COMPLIANCE WITH THE COURT'S AMENDED MEMORANDUM AND ORDER (ECF No. 77)**

The U.S. Department of Health and Human Services ("HHS"), HHS Secretary Robert F. Kennedy, Jr., and the other named HHS employees and operating divisions (collectively, "the HHS Defendants"), respectfully submit this supplemental Notice of Compliance regarding the Court's Amended Memorandum & Order ("Amended M&O"), which was entered on October 23, 2025, as ECF No. 77. In addition to the information supplied in its original notice of compliance (ECF No. 79), the HHS Defendants states that on October 27, 2025, HHS's Office of General Counsel ("OGC") provided notice of the terms of the Amended M&O to the HHS Office of Grants. On October 28, 2025, HHS's OGC provided notice of the terms of the Amended M&O to all Chief Grants Management Officers. On October 29, 2025, HHS's OGC provided notice of the terms of the Amended M&O to heads of HHS Operating and Staff Divisions.

Dated: October 29, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; ROBERT F. KENNEDY, Jr., in his official capacity as Secretary of Health & Human Services, and the other associated HHS Defendants,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**Certification of Service**

On this 29th day of October 2025, I caused the within document and attached exhibit to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney