UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

**ASSENTED-NOTICE NOTICE CONCERNING
ORDER ON MOTION TO ENFORCE**

In its text order of December 5, 2025, the Court ordered the HUD Defendants to "provide clarification to Plaintiffs by Wednesday, December 10 that the NOFO conditions at the heart of Plaintiffs' Motion to Enforce will not be enforced so long as the October 23, 2025 Preliminary Injunction Order remains in full force and effect." Since then, HUD has withdrawn the NOFO altogether. *See* Notice of Withdrawal of the Challenged 2025 Notice of Funding Opportunity, *Washington v. HUD*, No. 25-cv-626 (D.R.I. Dec. 8, 2025), ECF Nos. 39 & 39-2; *Nat'l All. to End Homelessness v. HUD*, No. 25-cv-636 (D.R.I. Dec. 8, 2025), ECF Nos. 39 & 39-2. Accordingly, the HUD Defendants and Plaintiffs have agreed that the clarification requirement in the Court's December 5th Order is now moot.

Dated: December 9, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**Certification of Service**

On this 9th day of December, 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney