UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00342 |

## HUD DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that the United States, on behalf of the U.S. Department of Housing and Urban Development ("HUD") and HUD Secretary Scott Turner (collectively, "the HUD Defendants"), appeals to the United States Court of Appeals for the First Circuit from the preliminary injunction and preliminary order of relief, as amended, that the district court (Dubose, J.) entered in favor of the Plaintiffs on October 23, 2025 as an Amended Memorandum and Order (ECF No. 77).

Respectfully submitted,

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT; SCOTT
TURNER, in his official capacity as Secretary
of Housing and Urban Development,

By their Attorneys,

SARA MIRON BLOOM
First Assistant United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
ANDREA L. HYATT
Assistant United States Attorneys
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov
Andrea.Hyatt@usdoj.gov

**Certification of Service**

On this 21st day of December 2025, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney