# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.* <br><br> *Defendants.* | Case No. 1:25-cv-00342-MRD-PAS |

## UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Defendants, Robert F. Kennedy, Jr., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, by and through their undersigned counsel, respectfully file this unopposed motion to modify the briefing schedule for the good cause shown below.

1.  Plaintiffs filed the instant action on July 21, 2025, and moved for a temporary restraining order the same day.  ECF Nos. 1, 13.  They moved for a preliminary injunction and relief on August 4, 2025 (ECF No. 30) and filed an Amended Complaint on September 15, 2025. ECF No. 60.

2.  On October 23, 2025, the Court issued an amended memorandum and order granting Plaintiffs' motion for preliminary injunction as well as preliminary relief under section 706 of the Administrative Procedure Act.  *See* ECF No. 77.

Defendants have complied with that Amended Memorandum and Order. *See* ECF Nos. 78-80.

3. Having reviewed the Court's Amended Memorandum and Order, the parties both anticipated that this case could be adjudicated on cross motions for summary judgment after the administrative record is provided.

4. The parties further agreed that Defendants' obligation to answer or otherwise respond to the amended complaint should be stayed pending the court's ruling on the parties' cross-motions for summary judgment.

5. The parties further jointly proposed a briefing schedule (ECF No. 82), which the Court adopted and entered on November 21, 2025.

6. The original briefing schedule required Defendants to file the administrative record by January 5, 2025. ECF No. 82. That deadline is proving increasingly unrealistic for Defendant U.S. Department of Housing and Urban Development ("HUD") due to multiple obstacles, including staffing shortages, staff absences due to the holidays, and competing deadlines to file administrative records in multiple cases.

7. To allow Defendant HUD sufficient time to compile and file the administrative record, Defendants propose that the deadline for Defendants to produce the administrative record be extended by one week, with a corresponding extension for subsequent deadlines, as follows:

    a. On or before **January 12, 2026**, Defendants shall file the administrative record.

      b.      On or before **February 11, 2026**, Plaintiffs shall file their opening brief in support of their motion for summary judgment.

      c.      On or before **March 13, 2026**, Defendants shall file their combined brief in opposition to Plaintiffs' motion for summary judgment and in support of their cross-motion for summary judgment.

      d.      On or before **April 13, 2026**, Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment.

      e.      On or before **May 13, 2026**, Defendants shall file their reply in support of their cross-motion for summary judgment.

8. Plaintiffs do not oppose this proposed amendment to the original briefing schedule.

9. Defendants respectfully request the Court grant their unopposed motion and enter the amended briefing schedule.

Dated: December 30, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, et al.
By their Attorneys,

SARA MIRON BLOOM
First Assistant United States Attorney

/s/ *Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney
Lauren S. Zurier
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email: Andrea.Hyatt@usdoj.gov
Email: Lauren.Zurier@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing document through this Court's Electronic Case Filing (ECF) system, which will serve it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ *Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney

5