IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00342-MRD-PAS |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

For the reasons provided in the attached memorandum, Plaintiffs hereby move for summary judgment on the claims in their First Amended Complaint, pursuant to Federal Rule of Civil Procedure 56.

Plaintiffs request that the Court: (1) declare unlawful, vacate, and set aside the New Conditions and Defendants' policies of imposing those conditions; (2) permanently enjoin Defendants and anyone acting in concert or participation with them from attempting to enforce any New Condition in any agreement that a grantee already signed or from otherwise treating any such New Condition as effective; and (3) permanently enjoin Defendants and anyone acting in concert or participation with them from imposing or enforcing the New Conditions or any substantially similar conditions via any new agency action.

In support of the motion, Plaintiffs rely on the accompanying Memorandum, the accompanying declarations, the Administrative Record, the pleadings and papers on file in this action, and any argument and evidence presented at the hearing of this motion.

Pursuant to Local Rule 7(c), Plaintiffs request oral argument for this motion to the extent the Court would find argument beneficial.

| | |
|---|---|
| February 11, 2026 | Respectfully submitted, |
| | /s/ Kristin Bateman |
| | Kristin Bateman (D.C. Bar No. 90037068)[+] |
| | Robin F. Thurston (D.C. Bar No. 1531399)[+] |
| | Skye L. Perryman (D.C. Bar No. 984573)[+] |
| | Democracy Forward Foundation |
| | P.O. Box 34553 |
| | Washington, D.C. 20043 |
| | (202) 448-9090 |
| | kbateman@democracyforward.org |
| | rthurston@democracyforward.org |
| | sperryman@democracyforward.org |
| | |
| | Daniel F. Jacobson (D.C. Bar No. 1016621)[+] |
| | Lynn D. Eisenberg (D.C. Bar No. 1017511)[+] |
| | Brian C. Rosen-Shaud (D.C. Bar No. 90042065)[+] |
| | Nina C. Cahill (D.C. Bar No. 1735989)[+] |
| | Jacobson Lawyers Group PLLC |
| | 1629 K Street NW, Suite 300 |
| | Washington, DC 20006 |
| | (301) 823-1148 |
| | dan@jacobsonlawyersgroup.com |
| | |
| | Amy R. Romero (RI Bar # 8262) |
| | DeLuca, Weizenbaum, Barry & Revens, Ltd. |
| | 199 North Main Street |
| | Providence, RI 02903 |
| | (401) 453-1500 |
| | Amy@dwbrlaw.com |
| | Cooperating counsel, Lawyers' Committee for RI |
| | |
| | Lynette Labinger (RI Bar # 1645) |
| | 128 Dorrance St., Box 710 |
| | Providence, RI 02903 |
| | (401) 465-9565 |
| | ll@labingerlaw.com |
| | Cooperating counsel, ACLU Foundation of RI |
| | |
| | Mary C. Dunn (RI Bar #6712) |

Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
mcd@blishcavlaw.com
Cooperating counsel, Lawyers' Committee for RI

Lauren A. Khouri (D.C. Bar No. 10282288)[+]
Elizabeth E. Theran (D.C. Bar No. 90030162)[+]
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
lkhouri@nwlc.org
etheran@nwlc.org

[+] Admitted pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically filed the within motion and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

*/s/ Kristin Bateman*
Kristin Bateman