UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.* <br><br> *Defendants*. | Case No. 1:25-cv-00342 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 206(d), the undersigned counsel hereby notifies the Court that she is withdrawing her entry of appearance in the above-captioned case. The defendants will continue to be represented by Assistant U.S. Attorney Andrea L. Hyatt, whose appearance was previously entered on December 9, 2025. *See* ECF No. 86.

Dated: March 10, 2026        Respectfully submitted,

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of the U.S. Department of
Health and Human Services, *et al.*,

By their Attorneys,

CHARLES C. CALENDA
United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

## Certification of Service

      On this 10th day of March 2026, I caused the within document and attached exhibit to be filed electronically.  It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

      /s/ Lauren S. Zurier
      LAUREN S. ZURIER
      Assistant United States Attorney