# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, et al. <br><br> Plaintiff, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 1:25-cv-342-MRD-PAS |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Judgment is entered pursuant to this Court's Memorandum and Order entered on August 14, 2026, and in accordance with Fed. R. Civ. P. 58.

It is so ordered.

August 14, 2026

By the Court:

/s/ Hanorah Tyer-Witek
Clerk of Court