**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-342-MRD-PAS |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that the United States, on behalf of all defendants, appeals to the United States Court of Appeals for the First Circuit from the (1) Memorandum and Order, and (2) Judgment that the district court (DuBose, J.) entered in favor of the Plaintiffs on August 14, 2026 (ECF Nos. 104-105).

Dated: October 13, 2026.

Respectfully submitted,

ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

By their Attorneys,

Todd Blanche
*Acting Attorney General*

Charles C. Calenda
*First Assistant U.S. Attorney*
*District of Rhode Island*

/s/ *Andrea Hyatt*
Andrea Hyatt
*Assistant United States Attorneys*
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email: Andrea.Hyatt@usdoj.gov

CERTIFICATION OF SERVICE

I hereby certify that on October 13, 2026, I electronically filed the foregoing document through this Court's Electronic Case Filing (ECF) system, which will serve it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ *Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney